# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____
:
MORRIS J. WARREN, :
:
        Petitioner, :
: Case No. 3:07-CV-01717
   v. :
: (Judge Kosik)
:
TROY WILLIAMSON, :
USP Lewisburg Warden, :
:
        Respondent. :
_____:

## MEMORANDUM AND ORDER

NOW, this 7th day of February, 2008, it appearing to the court that:

(1) Petitioner, Morris J. Warren, an inmate confined at the United States Penitentiary, Lewisburg, Pennsylvania, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on September 20, 2007;

(2)  This matter was assigned to Magistrate Judge Malachy E. Mannion;

(3) On November 21, 2007, the Magistrate Judge filed a Report and Recommendation in which he recommended that the action be transferred to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1404(a);

(4) The Magistrate Judge found that venue was proper in the District Court for the District of Columbia because the Petitioner was convicted in the Superior Court of the District of Columbia, and had post-conviction motions pending before that court; both Petitioner and Respondent agreed that the transfer is appropriate;

(5) On November 28, 2007, we adopted the Report and Recommendation of the Magistrate Judge, and transferred the matter to the United States District Court for the District of Columbia;

(6) This matter is no longer pending in this court;

(7) On February 4, 2008, Petitioner filed a "Relief From Judgment" motion (Doc. 14)  in this court;

(8) Because this matter is in the United States District Court for the District of Columbia, we can grant no relief to Petitioner;

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) Petitioner's request for relief (Doc. 14) is **DENIED**.


          *s/Edwin M. Kosik*
          United States District Judge